# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>DAVONTA SHERMAN-WRIGHT,<br><br>                    Defendant. | 8:13CR328<br><br>ORDER |

      Defendant Davonta Sherman-Wright appeared before the court on July 10, 2018 on a Petition for Offender Under Supervision [111]. The defendant was represented by First Assistant Federal Public Defender Jeffrey L. Thomas and the United States was represented by Assistant U.S. Attorney Donald J. Kleine.

      Through his counsel, the defendant waived his right to a probable cause hearing on the Petition pursuant to Fed. R. Crim. P. 32.1(b)(1). I find that the Petition alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Chief Judge Smith Camp.

      The government moved for detention. However, the defendant is in state custody. Therefore, the government's oral motion for detention shall be held in abeyance.

      **IT IS FURTHER ORDERED:**

      1. A final dispositional hearing will be held before Chief Judge Smith Camp in Courtroom No. 2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on August 30, 2018 at 11:30 a.m. The defendant must be present in person.

      2 The government's motion for detention pursuant to the Bail Reform Act is held in abeyance pending the defendant's coming into federal custody.

      3. The U.S. Marshal is authorized to return the defendant to the custody of Nebraska state authorities pending the final disposition of this matter and the U.S. Marshal for the District of Nebraska is directed to place a detainer with the correctional officer having custody of the defendant.

      Dated this 11th day of July, 2018.

                                                            BY THE COURT:

                                                          s/ Susan M. Bazis<br>
                                                          United States Magistrate Judge