IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiffs, | **8:13CR328** |
| vs. | |
| DAVONTA SHERMAN-WRIGHT, | **ORDER** |
| Defendant. | |

This matter is before the Court on Defendant's motion for copies (Filing No. 140), including the docket sheet, plea agreement, and statement of reasons. The defendant requests a waiver of fees associated with the costs of the copies.

The Court sentenced the defendant on the Indictment in this case on March 10, 2014, (Filing Nos. 49 and 53). At this time, Defendant has no motions or cases pending before this court, and Defendant makes no showing as to why he needs these copies. Accordingly, the Court will deny the motion. Defendant is, of course, free to request copies of these filings and to pay the costs of the same. The Statement of Reasons is a Sealed document, and as such, the defendant's request for copies will be denied unless otherwise ordered by the Court.

**THEREFORE, IT IS ORDERED** that Defendant's Motion for Copies and to waive such costs [140] is denied.

Dated this 11th day of December, 2018.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge